**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01023-CR

### THE STATE OF TEXAS, Appellant

### V.

### ELI RODRIGUEZ, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-36048-X**

## ORDER

The Court **ORDERS** court reporter Jan Cherie Williams to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2, the exhibits admitted during the September 7, 2012 suppression hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jan Cherie Williams, official court reporter, Criminal District Court No. 6,  and to counsel for all parties.

/s/      DAVID EVANS
        JUSTICE